Hyman Marklowitch, Respondent, v. Braine Goodfriend, Appellant.—Motion denied. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

The People of the State of New York, Respondent, v. Joseph Fegelli, Appellant.— Motion granted, and order dismissing appeal vacated and set aside, on condition that appellant perfect his appeal, place the same on the June calendar, and be ready for argument when reached; otherwise, motion denied. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

Frank B. Torrey, as Executor of and Trustee under the Last Will and Testament of Edward Warren Day, Deceased, Respondent, v. Elbert H. Day and Others, Appellants.— Motion granted, without prejudice to the right of appellants to hereafter raise the point now presented in opposition. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

Maud E. Wight, Appellant, v. Jennie Foster and Others, Respondents. — Motion denied on condition that plaintiff perfect her appeal, place the case on the June calendar and be ready for argument when reached; otherwise, motion granted, with costs. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

Isidor H. Aaron, Respondent, v. Nellie Thompson, Appellant.— Judgment affirmed, without costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

John F. Ahern, Appellant, v. Charles B. Law, as Sheriff of the County of Kings, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ., concurred.

Michael Anzaldo, Respondent, v. Mariantonia Rini, Appellant. — Orders affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ., concurred.

Isaac Fragner, Respondent, v. Harry Fischel, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ.

Maurice G. Hickey, Appellant, v. Edwin W. Fiske, as Mayor, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ., concurred.